AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CURTIS ELLISON,

    Plaintiff

v.   Civil Action No.  3:21-cv-00813

WESTVILLE CORRECTIONAL FACILITY, et al,

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant_____the amount of
dollars $_____, which includes prejudgment interest at the rate of_____% plus post-judgment
interest at the rate of_____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff_____.

_X_ Other: This case is DISMISSED under 28 U.S.C. § 1915A.

This action was (*check one*):

___ tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

___ tried by Judge_____without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty.

DATE:   December 14, 2021          GARY T. BELL, CLERK OF COURT

                                                            By: s/ L. Higgins-Conrad
                                                               *Signature of Deputy Clerk*